# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0951
_____

CURTIS DONNEL DALE, JR.,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF CHILDREN AND FAMILIES,
Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

July 23, 2025

PER CURIAM.

DISMISSED. *Hoffman v. Hall*, 817 So. 2d 1057, 1058 (Fla. 1st DCA 2002).

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and David A. Dunkerley, Assistant Public Defender, Pensacola, for Appellant.

No appearance for Appellees.